JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHERLYNN L. ROSS,                    ) Case No. EDCV 12-8-OP
                          Plaintiff,  )
                                      ) JUDGMENT
              v.                      )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security,      )
                         Defendant.   )

          Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

          IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner of Social Security and dismissing this action with prejudice.


DATED: August 21, 2012

                              HONORABLE OSWALD PARADA
                              United States Magistrate Judge